IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02652-BNB

OTIS CISERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON,
MEDICAL DIRECTOR CARMEN,
DENVER COUNTY JAIL DIVISION, and
THE PEOPLE OF THE STATE OF COLORADO AND CITY AND COUNTY OF
    DENVER, COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Otis Cisero Smallwood is incarcerated at the Denver County Jail in Denver, Colorado. Mr. Smallwood initiated this action by tendering to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. On December 18, 2007, before the first complaint was filed, Mr. Smallwood filed an amended Prisoner Complaint. On January 9, 2008, Mr. Smallwood filed a second amended Prisoner Complaint. On January 15, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Smallwood to file a third amended complaint that clarifies who he is suing and in which he alleges specific facts to demonstrate how each named Defendant personally participated in the asserted constitutional violation. On January 28, 2008, Mr. Smallwood filed a third amended Prisoner Complaint.

The Court must construe the third amended complaint liberally because Mr. Smallwood is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the third amended complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be the *pro se* litigant's advocate. *See id.*

Pursuant to 28 U.S.C. § 1915A, the Court is required to review the third amended complaint because Mr. Smallwood is a prisoner and he is seeking redress from officers or employees of a governmental entity. Pursuant to § 1915A(b), the Court is required to dismiss the third amended complaint, or any portion of the third amended complaint, that is legally frivolous. A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or in which he asserts facts that do not support an arguable claim. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989). For the reasons stated below, the Court will dismiss the third amended complaint in part as legally frivolous pursuant to § 1915A(b).

Mr. Smallwood asserts three numbered claims for relief in the third amended complaint that all relate to his classification and placement at the Denver County Jail. Mr. Smallwood alleges that he was subjected to cruel and unusual punishment when he was housed in a building that was not appropriate for his medical conditions. He specifically asserts his claims against Defendants Chief R. Foos, Major G. Wilson, and

2

Medical Director Carmen. Mr. Foos does not assert any claims against, or even mention anywhere in the text of the third amended complaint, the Defendants listed in the caption of the third amended complaint as Denver County Jail Division and the People of the State of Colorado and City and County of Denver, Colorado. Therefore, because Mr. Smallwood does not assert any claims against, or seek any relief from, the Defendants identified as Denver County Jail Division and the People of the State of Colorado and City and County of Denver, Colorado, those Defendants will be dismissed as parties to this action. The Court will not address at this time the merits of Mr. Smallwood's claims against the three individual Defendants. Instead, this action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the claims asserted against Defendants Denver County Jail Division and the People of the State of Colorado and City and County of Denver, Colorado are dismissed pursuant to 28 U.S.C. § 1915A(b) as legally frivolous. It is

FURTHER ORDERED that Defendants Denver County Jail Division and the People of the State of Colorado and City and County of Denver, Colorado are dismissed as parties to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02652-BNB

Mr. Otis Cisero Smallwood
Prisoner No. 1564315
DPO No. 251533
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk