IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON, and
MEDICAL DIRECTOR CARMEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2008.**

    Plaintiff's Motion for Writ of Habeas Corpus [filed March 4, 2008; doc. #24] is **denied**. The Motion is presented on a form presumably used in state court for criminal proceedings and which is not properly submitted in this Court in a civil proceeding. To the extent Plaintiff seeks to attend the May 5, 2008 Scheduling Conference in person, the Court typically administers these conferences by telephone for incarcerated persons. *See* February 15, 2008 Minute Order setting the Scheduling Conference, doc. #16.