IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON, and
MEDICAL DIRECTOR CARMEN,

    Defendants.
_____

# RECOMMENDATION FOR DISMISSAL OF CLAIMS
# AGAINST DEFENDANT MEDICAL DIRECTOR CARMEN
_____

**Michael E. Hegarty, United States Magistrate Judge.**

    Pending before the Court is a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant Carmen Kassatly, R.N. [filed March 14, 2008; doc #33], and a Letter filed by the Plaintiff [March 31, 2008; doc #47], which the Court construes as a Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. Colo. L.Civ.R 72.1.C, the Motions have been referred to this Court for recommendation.

    In his Motion, Plaintiff apologizes to the Defendant and to the Court, and requests dismissal of the Defendant because he has become convinced that, based on the documents produced in this case, there was no basis to name Ms. Kassatly as a Defendant. *See* Doc. #47 at 1. Defendant responded stating that she concurs with Plaintiff's Motion to dismiss all claims against her. *See* doc. #55 at 2.

    Therefore, the Court respectfully recommends that Plaintiff's Motion for Voluntary

Dismissal [doc. #47] be **granted** and that Defendant's Motion to Dismiss [doc. #33] be **denied as moot**,[1] resulting in dismissal with prejudice of all claims against Defendant Carmen Kassatly.

Dated at Denver, Colorado, this 9th day of April, 2008.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).