IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON, and
MEDICAL DIRECTOR CARMEN,

    Defendants.

## ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY

Pending before the Court are Defendants Foos' and Wilson's Motion to Stay Discovery [doc #76] and Motion to Supplement Motion to Stay [doc. #80]. The matter is briefed and has been referred to this Court for disposition [doc #77]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, Defendants' Motion to Stay Discovery and Motion to Supplement are **granted**.

**I.    Background**

Plaintiff instituted this action on December 20, 2007. In essence, Plaintiff alleges that his constitutional right to be free from cruel and unusual punishment was violated when, from November 5, 2007 through November 23, 2007, Defendants required that he be transferred three to five times daily in cold and snowy weather between buildings at the Denver County Jail wearing only socks and sandals. *See* Amended Complaint [doc #11]. Plaintiff claims that these transfers caused flare-ups of his back pain and arthritis. *Id.* On April 7, 2008, Defendants answered the Complaint, then on April 18, 2008, Defendants filed a Motion for Summary Judgment. *See* docs #54

& #59. Thereafter, on May 16, 2008, Defendants filed the within Motion to Stay Discovery, alleging that because their pending Motion for Summary Judgment could dispose of the entire case if it is granted, a stay of discovery until the matter is resolved is appropriate in this case. Doc. #76 at 2. At the time they filed the within motion, Plaintiff had not decided whether to oppose it. *Id.* at 1. However, on May 23, 2008, Defendants filed a supplement to their motion stating that Plaintiff did not oppose the motion. *See* doc. #80.

**II.      Discussion**

The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). A stay of all discovery is generally disfavored in this District. *Chavez v. Youn Am. Ins. Co.*, No. 06-2419, 2007 U.S. Dist. LEXIS 15054 (D. Colo. Mar. 2, 2007). Nevertheless, a stay may be appropriate if "resolution of a preliminary motion may dispose of the entire action." *Nankivil v. Lockheed Martin Corp.*, 216 F.R.D. 689, 692 (M.D. Fla. 2003). In particular, good cause may exist to stay discovery if a dispositive motion has been filed that could resolve the case and a stay does not unduly prejudice the opposing party. *E.g.*, *Simpson v. Specialty Retail Concepts, Inc.*, 121 F.R.D. 261, 263 (M.D.N.C. 1988) (balancing the harm caused by the stay with the burden and expense of discovery if the case is ultimately resolved in its entirety by a pending dispositive motion); *String Cheese Incident, LLC v. Stylus Shows, Inc.,* 2006 WL 894955, at *2 (D. Colo. Mar.30, 2006) (unpublished decision) (the Court has broad discretion to stay an action while a dispositive motion is pending pursuant to Fed. R. Civ. P. 26(c)).

In this case, Defendants have filed a Motion for Summary Judgment that could dispose of the case if it is granted. *See* doc. #59. This Court has issued a recommendation that the Motion for

Summary Judgment be granted. Doc. #72. Moreover, Plaintiff does not oppose the Defendant's request for a stay of discovery; thus, no prejudice will inure to either party.

**III.    Conclusion**

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendants' Motion to Stay Discovery [filed May 16, 2008; doc #76] and Defendants' Motion to Supplement Motion to Stay Discovery [filed May 23, 2008; doc. #80] are **granted**. All discovery is hereby stayed in this case pending the District Court's ruling on Defendants' Motion for Summary Judgment. The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending motion for summary judgment.

Dated at Denver, Colorado, this 30th day of May, 2008.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge