IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON, and
MEDICAL DIRECTOR CARMEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2008.**

    In accordance with the docket entry at docket #46, the Court finds that the Motion for Amendment to Motion to Dismiss by Defendant Carmen Kassatly, RN [filed March 26, 2008; doc #43] is not a motion, but rather a supplement to the motion. Therefore, the motion is **denied as moot**.