IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISCERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS;
MAJOR G. WILSON; and
MEDICAL DIRECTOR CARMEN,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT "MEDICAL DIRECTOR CARMEN" A/K/A CARMEN KASSATLY, R.N.**

---

THIS MATTER came before the court on Plaintiff and Defendant Kassatly's Stipulated Motion for Dismissal with Prejudice only as to Defendant Carmen Kassatly, R.N., identified in the caption and Third Amended Complaint as "Medical Director Carmen." The court has reviewed the Stipulation and is fully advised in the premises. It is hereby

ORDERED that the above action is **DISMISSED WITH PREJUDICE** as to Defendant "Medical Director Carmen" a/k/a Carmen Kassatly, R.N. Defendant "Medical Director Carmen" shall hereafter be taken off the caption of this case. Plaintiff and Defendant Kassatly shall pay their own costs and attorneys' fees. The case shall remain pending against the other Defendants.

Dated: June 9, 2008

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge