IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02652-WYD-MEH

OTIS CISCERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS;
MAJOR G. WILSON,

    Defendants.

---

**ORDER REGARDING RECOMMENDATION FOR DISMISSAL
OF CLAIMS AGAINST DEFENDANT MEDICAL DIRECTOR CARMEN**

---

    THIS MATTER is before the Court on Defendant Carmen Kassatly's Motion to Dismiss (filed March 14, 2008) and a letter filed by Plaintiff on March 31, 2008, which was construed by Magistrate Judge Hegarty as a Motion for Voluntary Dismissal of Defendant Medical Director Carmen Pursuant to Fed. R. Civ. P. 41(a)(2).  These matters were referred to Magistrate Judge Hegarty for a recommendation.  Magistrate Judge Hegarty issued a Recommendation for Dismissal of Claims Against Defendant Medical Director Carmen on April 9, 2008.

    Thereafter, on May 30, 2008, the parties filed a Stipulated Motion to Dismiss Defendant "Medical Director Carmen" a/k/a Carmen Kassatly, R.N.  That motion was granted by Order dated June 9, 2008, and Defendant "Medical Director Carmen" was dismissed.  Given the dismissal of Defendant "Medical Director Carmen", I find that the Recommendation for Dismissal of Claims Against Defendant Medical Director Carmen

filed April 9, 2008, and the underlying motions regarding that Defendant's dismissal are moot.  Accordingly, it is

ORDERED that the Recommendation for Dismissal of Claims Against Defendant Medical Director Carmen filed April 9, 2008, is **MOOT** and should be taken off the docket as a pending Recommendation.  It is

FURTHER ORDERED that the Motion to Dismiss by Defendant Carmen Kassatly, R.N. (docket # 33 filed March 14, 2008) and the letter by Plaintiff which was construed as a Motion for Voluntary Dismissal of Defendant Medical Director Carmen (docket # 47 filed March 31, 2008) are **DENIED AS MOOT**.

Dated:  July 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge