IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02652-WYD-MEH

OTIS CISCERO SMALLWOOD,

    Plaintiff,

v.

CHIEF R. FOOS;
MAJOR G. WILSON,

    Defendants.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
ON MOTION FOR SUMMARY JUDGMENT**

THIS MATTER is before the Court on Defendant Foos' and Wilson's Motion for Summary Judgment (filed April 18, 2008). This motion was referred to Magistrate Judge Hegarty for a recommendation by Order of Reference dated February 13, 2008, and Memorandum dated April 18, 2008. Magistrate Judge Hegarty issued a Recommendation on Motion for Summary Judgment on May 13, 2008, recommending that the Motion for Summary Judgment be granted.

Specifically, Magistrate Judge Hegarty found that even drawing all inferences in the light most favorable to Plaintiff, he failed to show any genuine issue of material fact against Foos and Wilson that would justify permitting this case to proceed to trial. *See* Recommendation at 5. He noted that the only conditions of confinement about which Plaintiff complains is a 23-day period during which he was required to walk 50 yards in

allegedly cold and snowy weather between three and five times a day. *Id.*[1] Magistrate Judge Hegarty found as to those conditions that Plaintiff "does not explain how he was physically injured, whether he sought medical treatment, how that treatment (if any) was insufficient (if at all), or how he was 'deprived of the minimal civilized measure of life's necessities.'" *Id.* at 5-6. Likewise, he found that while Plaintiff complained that his placement in and movement among the facilities amounted to cruel and unusual punishment, he alleges no facts as to how or whether he was injured as a result of the placement and transfers and fails to show how any deprivation he suffered was objectively serious. *Id.* at 6. Further, he found that Plaintiff admitted that the movement between buildings was effected to feed him and to meet his medical needs, and there is no indication that such needs were unmet. *Id.* Finally, the Recommendation found that Plaintiff has no protected interest in his actual placement or movement among the jail facilities. *Id.* Accordingly, he found that Plaintiff did not show that he suffered a sufficiently serious deprivation necessary to state an Eighth Amendment, nor that any genuine issues of material fact exist to allow the case to proceed to trial. *Id.*

Magistrate Judge Hegarty advised the parties that written objections were due within ten (10) days after service of the Recommendation. *Id.* at 1 n. 1. The Recommendation was initially mailed to the wrong address but was then mailed to the correct address for Plaintiff on May 29, 2008. Despite the advisement in the Recommendation, no objections have been filed by Plaintiff. No objections having been

---

[1] Interestingly, Magistrate Judge Hegarty noted that historical records establish that there were only four such days during that time period. *Id.*

filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[2]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Hegarty's Recommendation is well reasoned and that summary judgment in favor of Foos and Wilson is appropriate for the reasons noted in the Recommendation.  Accordingly, it is

ORDERED that the Recommendation on Motion for Summary Judgment filed May 13, 2008, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Defendant Foos' and Wilson's Motion for Summary Judgment (filed April 18, 2008) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

Dated:  July 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

---

[2] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).